UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to RI Hospital | Misc. Action No. _____ |

### DECLARATION OF KATELYN MEDEIROS

I, Katelyn Medeiros, pursuant to 28 U.S.C. § 1746, declare that:

1.     I am over the age of 18 and competent to testify to the facts contained in this Declaration.

2.     I am the Child Advocate for the State of Rhode Island, and have served in that role since 2024. I have worked in the Office of the Child Advocate since 2014, and previously served as the State's Acting Child Advocate beginning in July 2022. I will serve a five-year term as Child Advocate that expires in May 2029.

3.     The Office of the Child Advocate (OCA) oversees the Rhode Island Department of Children, Youth & Families (DCYF), the only agency responsible for child welfare in Rhode Island.

4.     The mission of the OCA is to protect the legal rights of children in State care and to promote policies and practices which ensure that children are safe, that children have permanent and stable families, and that children in out of home placements have their physical, mental, medical, educational, emotional, and behavioral needs met.

5.      In my capacity as Child Advocate, I am aware that multiple children in the custody or care of DCYF received gender-affirming care from Rhode Island Hospital during the period spanning January 1, 2020 through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2026.

_Katelyn Medeiros_
Katelyn Medeiros, Esq.
Child Advocate