AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| In Re: Administrative Subpoena 25-1431-032 to RI Hospital | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-mc-00007-MSM-AEM |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movant Child Advocate for the State of Rhode Island                                          .

Date:      05/04/2026

/s/ Lynette Labinger
*Attorney's signature*

Lynette Labinger
*Printed name and bar number*

ccoperating counsel, ACLU Foundation of RI
128 Dorrance St., Box 710
Providence, RI 02903

*Address*

LL@LabingerLaw.com
*E-mail address*

(401) 465-9565
*Telephone number*

*FAX number*