UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital | Misc. Action: 26-mc-00007-MSM-AEM |

## <u>NOTICE OF APPEARANCE</u>

I am admitted or otherwise authorized to practice in this court, and I enter my

appearance on behalf of the Child Advocate for the State of Rhode Island

Dated:  May 4, 2026                    Respectfully submitted,

<u>/s/ Amy R. Romero</u>
Amy R. Romero (RI Bar No. 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Amy@dwbrlaw.com
Cooperating Counsel,
Lawyers' Committee for RI

1