UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital | Misc. Action No. 26-mc-07-MSM-AEM |

**NOTICE OF RELATED PROCEEDINGS**

Pursuant to LR Cv 9.1, undersigned counsel provides the Court notice that the Motion to Quash, ECF No. 1, involves a subpoena that is at issue in a proceeding before another tribunal. On April 30, 2026, the United States Department of Justice (DOJ) moved for an order compelling Rhode Island Hospital (RI Hospital) to comply with an administrative subpoena, Subpoena Duces Tecum No. 25-1431-032 (the Subpoena) in the United States District Court for the Northern District of Texas. *In Re: Administrative Subpoena 25-1431-032*, No. 4-26MC-006-0 (N.D. Tex. Apr. 30, 2026). The Subpoena commands production of information and documents relating to RI Hospital's provision of medical care for gender dysphoria.

The district court in the related proceeding granted the government's motion to compel the same day, hours later, without any filed opposition, ordering RI Hospital to "provide all records responsive to each request in the subpoena within 14 days of the entry of this order." *Id*. at ECF No. 2. The Child Advocate, the moving party in this action, is not a party to the related proceeding

1

Dated:  May 4, 2026                    Respectfully submitted,

_/s/ Kevin Love Hubbard_
Miriam Weizenbaum (RI Bar No. 5182)
Kevin Love Hubbard (MA Bar No. 704772) *
Amy R. Romero (RI Bar No. 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
Miriam@dwbrlaw.com
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating Counsel,
Lawyers' Committee for RI

Lynette Labinger (RI Bar No. 1645)
128 Dorrance St., Box 710
Providence, RI 02903
(401) 465-9565
ll@labingerlaw.com
Cooperating Counsel, ACLU Foundation of RI

_Counsel for the Child Advocate_

* Admitted Pro Hac Vice

2

**CERTIFICATE OF SERVCIE**

I hereby certify that on May 4, 2026, I electronically filed the within Notice of

Related Proceeding and it is available for viewing and downloading from the Court's

CM/ECF System, and that the participants in the case that are registered CM/ECF

users will be served electronically by the CM/ECF system.

In addition, I served the within Notice via electronic mail to:

Kevin Bolan
Chief, Civil Division
United States Attorney's Office
District of Rhode Island
Kevin.Bolan@usdoj.gov

Ross S. Goldstein
United States Department of Justice
Enforcement and Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
ross.goldstein@usdoj.gov

*/s/ Kevin Love Hubbard*
Kevin Love Hubbard

3