**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital | Misc. Action No. 1:26-mc-00007-MSM-AEM |

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO QUASH SUBPOENA DUCES TECUM**

A.D. Sean Lewis*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
(213) 382-7600

Sonja L. Deyoe #6301
Law offices of Sonja L. Deyoe, P.C.
395 Smith Street
Providence, RI 02908
(401) 864-5877

Karen L. Loewy*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585

* Motion for admission *pro hac vice* forthcoming

*Counsel for Amicus Curiae*

Pursuant to Fed. R. Civ. P. 7 and LR Cv 7, Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") respectfully moves for leave to file a brief as amicus curiae in support of the Child Advocate for the State of Rhode Island. Neither Plaintiff nor Defendant opposes its filing. No person or entity other than amicus and its counsel assisted in or made a monetary contribution to the preparation or submission of this brief.

This court has sole discretion to grant a motion for leave to participate as an amicus curiae. *See Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). When exercising its sound discretion, "courts in this circuit have considered whether 'there is an issue of general public interest, the amicus provides supplemental assistance to existing counsel, or the amicus insures a complete and plenary presentation of difficult issues so that the court may reach a proper decision.'" *United States v. Maine*, 2025 WL 2582122, at *2 (D. Me. Sept. 5, 2025) (quoting *All. of Auto. Mfrs. v. Gwadowsky*, 297 F.Supp.2d 305, 3007 (D.Me.2003)).

First, this case presents "an issue of general public interest." *All. of Auto. Mfrs.*, 297 F. Supp. 2d at 307. Plaintiff seeks to enjoin the Department of Justice from seeking sensitive data of minors in Rhode Island. As amicus explain in our proposed brief, the Department of Justice's subpoenas are one tactic in a broad attack on transgender people, their privacy, and medical providers who provide care to them. This broader context is the exactly the type of "additional arguments from able amici that will help the court toward right answers" that "a court is usually delighted to hear[.]" *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999).

Second, Lambda Legal is the nation's oldest and largest legal organization

1

dedicated to achieving full recognition of the civil rights of lesbian, gay, bisexual, transgender, and queer (LGBTQ+) people and everyone living with HIV through impact litigation, education, and policy advocacy. Since its founding in 1973, Lambda Legal has sought to eliminate discriminatory barriers to health care for LGBTQ+ people, particularly transgender people, serving as counsel or amicus in cases across the country. *See, e.g., United States v. Skrmetti*, 605 U.S. 495 (2025); *Kadel v. Folwell*, 100 F.4th 122, 133 (4th Cir. 2024), *cert. granted, judgment vacated*, 145 S. Ct. 2838 (2025); *Whitman-Walker Clinic, Inc. v. U.S. Dep't of Health & Hum. Servs.*, 485 F. Supp. 3d 1 (D.D.C. 2020). This includes cases pushing back against the Trump Administration's defunding of researchers and healthcare entities serving transgender people. *See, e.g., San Francisco AIDS Found. v. Trump*, 786 F. Supp.3d 1184 (N.D. Cal. 2025); *PFLAG, Inc. v. Trump*, 769 F. Supp.3d 405 (D. Md. 2025).

Having long litigated cases involving barriers to gender-affirming medical care, Amicus offers perspectives on the Trump Administration's far-ranging targeting of transgender people and their healthcare providers and on the illegitimacy of issuing subpoenas to providers of gender-affirming medical care for minors. Amicus's participation will "[e]nsure[] a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Maine,* 2025 WL 2582122, at *2. Furthermore, Amicus participation is particularly appropriate when amicus possess "specialized expertise" in the relevant field. *All. of Auto. Mfrs.*, 297 F. Supp. 2d at 307.

For the foregoing reasons, Lambda Legal's motion for leave to file the proposed amicus brief should be granted. A proposed order is enclosed with this motion.

2

Respectfully submitted,

Dated:  May 8, 2026

/s/ Sonja L. Deyoe
Sonja L. Deyoe
Law offices of Sonja L. Deyoe P.C.
395 Smith Street
Providence, RI 02908
(401) 864-5877
SLD@the-straight-shooter.com

/s/ *Karen L. Loewy*
Karen L. Loewy

A.D. Sean Lewis*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
800 South Figueroa Street, Suite 1260
Los Angeles, CA 90017
(213) 382-7600
alewis@lambdalegal.org

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

* Motion for admission *pro hac vice*
forthcoming.

*Counsel for Amicus Curiae*

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 9, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/　　　Sonja L Deyoe