# Exhibit 13



# Contact Enforcement & Affirmative Litigation Branch

By U.S. Postal Service:

>Enforcement & Affirmative Litigation Branch
>U.S. Department of Justice
>Civil Division
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530-0001

*Note: Electronic media should not be sent to the Enforcement & Affirmative Litigation Branch using the U.S. Postal Service.*

To make alternate arrangements for the delivery of electronic media or other items, please contact the attorney assigned to your case.

*Updated October 1, 2025*

 U.S. Department of Justice

Civil Division

950 Pennsylvania Avenue NW

Washington DC 20530-0001

Civil.Feedback@usdoj.gov

 Phone:  202-514-2000