# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

In Re: Admin Subpoena 25-1431-032
_____
**Plaintiff(s)**

Case No.: 1:26-mc-00007-MSM-AEM

**v.**

_____
**Defendant(s)**

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Sonja L. Deyoe _____, am a member in good standing of the bar of this

Court. I am moving for the admission of Attorney Omar Gonzalez-Pagan _____ to

appear *pro hac vice* in this case as counsel for Amicus Curiae Lambda Legal Defense and Education Fund, Inc. _____.

I certify that I have reviewed the below information provided by the prospective admittee. I

acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the

participation and responsibilities of local counsel.

LOCAL COUNSEL:

Sonja L. Deyoe
_____
*Name*

6301
_____
*Bar Number*

Law Offices of Sonja L. Deyoe
_____
*Firm/Agency*

395 Smith St.
_____
*Address*

Providence, RI 02908
_____
*City, State, Zip Code*

/s/ Sonja L. Deyoe
_____
*Signature*

05/10/2026
_____
*Date*

401-864-5877
_____
*Telephone Number*

401-648-6738
_____
*Fax Number*

sld@the-straight-shooter.com
_____
*E-mail Address*

### To be completed by the Prospective Admittee

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| Massachusetts | 11/23/2010 | | U.S. Court of Appeals - Third Circuit | 01/12/2018 |
| New York | 02/25/2015 | | U.S. Court of Appeals - Fourth Circuit | 10/19/2017 |
| U.S. Court of Appeals - First Circuit | 11/14/2014 | | U.S. Court of Appeals - Fifth Circuit | 10/09/2014 |
| U.S. Court of Appeals - Second Circuit | 03/08/2016 | | See attachment A for full list | |

## To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you <u>must</u> provide a full explanation as an attachment.*

Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys?  YES ☐  NO ☑

Are there any disciplinary proceedings pending against you at this time?  YES ☐  NO ☑

Has your *pro hac vice* status ever been revoked by any court?  YES ☐  NO ☑

Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime?  YES ☐  NO ☑

Are there any criminal charges pending against you at this time?  YES ☐  NO ☑

## Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.  I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Omar Gonzalez-Pagan
*Name*

Lambda Legal Defense and Education Fund, Inc.
*Firm/Agency*

120 Wall St., 19 Floor
*Address*

New York, NY 10005
*City, State, Zip Code*

/s/ Omar Gonzalez-Pagan
*Signature*

212-809-8585
*Telephone Number*

855.535.2236
*Fax Number*

ogonzalez-pagan@lambdalegal.org
*E-mail Address*

Reset Form      Print Form      Save

**Attachment A**

**State and Federal Court Admissions of Omar Gonzalez-Pagan**

| Jurisdiction | Date of Admission |
|---|---|
| State - Massachusetts | 11/23/2010 |
| State - New York | 02/25/2015 |
| U.S. Court of Appeals - (01) First Circuit | 11/14/2014 |
| U.S. Court of Appeals - (02) Second Circuit | 03/08/2016 |
| U.S. Court of Appeals - (03) Third Circuit | 01/12/2018 |
| U.S. Court of Appeals - (04) Fourth Circuit | 10/19/2017 |
| U.S. Court of Appeals - (05) Fifth Circuit | 10/09/2014 |
| U.S. Court of Appeals - (06) Sixth Circuit | 07/28/2023 |
| U.S. Court of Appeals - (07) Seventh Circuit | 08/05/2016 |
| U.S. Court of Appeals - (08) Eighth Circuit | 03/16/2018 |
| U.S. Court of Appeals - (09) Ninth Circuit | 03/12/2020 |
| U.S. Court of Appeals - (10) Tenth Circuit | 04/15/2021 |
| U.S. Court of Appeals - (11) Eleventh Circuit | 03/24/2017 |
| U.S. Court of Appeals - D.C. Circuit | 12/01/2020 |
| U.S. District Court - Colorado (D. Colo.) | 12/07/2015 |
| U.S. District Court - D.C. (D.D.C.) | 05/04/2026 |
| U.S. District Court - Maryland (D. Md.) | 07/25/2025 |
| U.S. District Court - Massachusetts (D. Mass.) | 11/15/2011 |
| U.S. District Court - New York, Eastern District (E.D.N.Y.) | 01/06/2022 |
| U.S. District Court - New York, Northern District (N.D.N.Y.) | 10/23/2017 |
| U.S. District Court - New York, Southern District (S.D.N.Y.) | 09/29/2015 |
| U.S. Supreme Court | 03/23/2015 |