# Exhibit 2

APPEAL,CLOSED

**U.S. District Court**
**Northern District of Texas (Fort Worth)**
**CIVIL DOCKET FOR CASE #: 4:26–mc–00006–O**

In Re: Administrative Subpoena 25–1431–032
Assigned to: Chief District Judge Reed O'Connor
Cause: Civil Miscellaneous Case

Date Filed: 04/30/2026
Date Terminated: 04/30/2026
Jurisdiction: U.S. Government Plaintiff

**In Re**

**Administrative Subpoena 25–1431–032**

**Petitioner**

**United States of America**

represented by **Patrick Raymond Runkle**
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044–0386
202–616–0219
Fax: 202–514–8742
Email: patrick.r.runkle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Womble–DOJ**
Department of Justice
801 Cherry Street
Suite 1700
Fort Worth, TX 76102
214–287–0162
Email: ethan.womble@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Rhode Island Hospital**

represented by **Mindy Sauter**
McGuireWoods LLP
2601 Olive Street
Suite 2100
Dallas, TX 75201
469–372–3916
Email: msauter@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Olshan**
McGuire Woods
Tower Two–Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
412–667–6941
Fax: 412–667–6050
Email: eolshan@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Kathryn M. Barber**
McGuirewoods LLP
800 East Canal Street
Richmond, VA 23219–3916

804–775–1214
Email: kbarber@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2026 | 1 | Government's Petition for Enforcement of Administrative Subpoena Pursuant to 18 U.S.C. § 3486(c) filed by United States of America. Filed on behalf of USA, no fee due. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order) (jnp) (Entered: 04/30/2026) |
| 04/30/2026 | 2 | ORDER: The Court determines that the government's 1 petition to enforce should be and is hereby GRANTED. (Ordered by Chief District Judge Reed O'Connor on 4/30/2026) (jnp) (Entered: 05/01/2026) |
| 05/01/2026 | | New Case Notes: A filing fee is not due for this case. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (jnp) (Entered: 05/01/2026) |
| 05/06/2026 | 3 | NOTICE of Attorney Appearance by Mindy Sauter on behalf of Rhode Island Hospital. (Filer confirms contact info in ECF is current.). Party Rhode Island Hospital added. (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/06/2026 | 4 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–16425168) filed by Rhode Island Hospital (Attachments: # 1 Proposed Order)Attorney Kathryn M. Barber added to party Rhode Island Hospital(pty:res) (Barber, Kathryn) (Entered: 05/06/2026) |
| 05/06/2026 | 5 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–16425171) filed by Rhode Island Hospital (Attachments: # 1 Proposed Order)Attorney Eric Olshan added to party Rhode Island Hospital(pty:res) (Olshan, Eric) (Entered: 05/06/2026) |
| 05/06/2026 | 6 | NOTICE OF APPEAL as to 2 Order of Dismissal or Administrative Closure to the Fifth Circuit by Rhode Island Hospital. Filing fee $605, receipt number ATXNDC–16425174. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non–ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/06/2026 | 7 | Emergency MOTION to Stay *Pending Appeal* filed by Rhode Island Hospital with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Sauter, Mindy) Modified docket text on 5/7/2026 (jnp). (Entered: 05/06/2026) |
| 05/06/2026 | 8 | Appendix in Support filed by Rhode Island Hospital re 7 MOTION to Stay *Pending Appeal* (Sauter, Mindy) (Entered: 05/06/2026) |
| 05/07/2026 | 9 | ORDER: The Court ORDERS the government to respond to the Hospital's 7 Motion to Stay no later than 12:00 P.M. on May 8, 2026. The Court will issue a ruling on the Hospital's Motion as soon as is practicable. (Ordered by Chief District Judge Reed O'Connor on 5/7/2026) (jnp) (Entered: 05/07/2026) |
| 05/08/2026 | 11 | RESPONSE filed by United States of America re: 7 MOTION to Stay *Pending Appeal* (Runkle, Patrick) (Entered: 05/08/2026) |