# Exhibit 9

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital | Misc. Action No. _____ |
| | **EMERGENCY MOTION TO QUASH SUBPOENA DUCES TECUM** |
| | **REQUEST FOR EXPEDITED RELIEF PURSUANT TO LR CV 9** |

## DECLARATION OF GLENN R. FRIEDEMANN, ESQ.

I, Glenn R. Friedemann, declare as follows:

1. I am the Associate General Counsel in the Office of the General Counsel for Brown University Health ("Brown Health"). I have been in this role for 20 years. In this role, I have supervised matters related to the Health Insurance Portability and Accountability Act Subpoena No. 25-1431-032 ("the Subpoena") issued to Rhode Island Hospital ("RIH").

2. Brown Health is a not-for-profit health system based in Providence, Rhode Island. Brown Health is organized as a Rhode Island nonprofit corporation (IRS 501(c)(3)) and has been domiciled in the state of Rhode Island since its formation. Brown Health is the parent organization of RIH.

3. Brown Health's corporate offices are located at 15 Lasalle Sq., Providence, Rhode Island, 02903.

4. RIH's principal place of business is 593 Eddy Street, Providence, RI 02903. The vast majority of RIH's hospitals, clinics, and patient care sites are located in Rhode Island. RIH has two community hospital affiliates that operate in Fall River, Massachusetts, and Taunton, Massachusetts.

5.     All of Brown Health's and RIH's corporate functions—such as legal, communications, human resources, and finance operations—are carried out from Providence, Rhode Island.

6.     RIH provides gender-affirming care through the Gender and Sexuality Program at Hasbro Children's Hospital, which is the pediatric division of RIH.  Hasbro Children's Hospital primary place of business is 593 Eddy St, Providence, RI 02903.

7.     On July 9, 2025, RIH was served with the Subpoena by the Department of Justice. The Subpoena included request for production with a return date of August 7, 2025, at the Department of Justice's office in Washington, D.C.

8.     On July 9, 2025, counsel for the Government contacted me by phone about the Subpoena.  On that call, counsel for the Government informed me that it did not believe that RIH had engaged in any criminal wrongdoing.

9.     RIH produced a responsive, six-page document by the Subpoena's August 7 return date.  As part of this production, RIH noted that its agreement to produce information and records responsive to the subpoena did not constitute a waiver of any objection that RIH may have to the subpoena or to any of its requests. Specifically, RIH expressly reserved, and did not waive, (1) its right to object to certain of the government's requests as unduly burdensome, irrelevant, or otherwise requiring the production of material or information protected from disclosure under federal or state law or (2) its right to seek a protective order or any other judicial relief in any litigation arising in connection with the subpoena.  The Government did not object to RIH's reservation of rights.

10.     The Court's April 30, 2026, Order requires compliance with the Subpoena within a 14-day period, by May 14, 2026.

11. Full compliance with the Subpoena by May 14 is not possible. The data is not hosted in a manner that can be easily collected or reviewed. The data must be collected from disparate platforms (including legacy platforms) and hard copy sources, processed, de-duplicated, and reviewed for privilege and confidentiality. This process alone will take several months.

12. Moreover, many of the custodians whose documents are required are actively practicing medical providers who care for patients daily. Every hour they spend identifying documents, reviewing materials, meeting with counsel, and engaging in other activities necessary to comply with the Subpoena detracts from their ability to administer patient care.

13. Finally, to protect its patients' privacy, RIH is exploring ways in which it can anonymize its patient records before any production. The Department of Justice has agreed to accept anonymized patient records in other litigation involving similar subpoenas. However, the process of anonymization is burdensome and will take several months to complete.

14. Accordingly, full compliance with the Subpoena will carry an irreparable monetary harm of millions of dollars that RIH will be unable to recover if the Subpoena is found invalid.

15. RIH will retain and protect all responsive materials pending a determination in this matter.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 5/9/26

/s/ _____

Glenn R. Friedemann, Esq.