UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Administrative Subpoena<br>25-1431-032 to Rhode Island Hospital | Misc. No. 1:26-mc-00007-MSM-AEM |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the respondent, the United States of America.

Date: May 11, 2026

Respectfully submitted,

   */s/ Jordan C. Campbell*
JORDAN C. CAMPBELL
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jordan.c.campbell@usdoj.gov
(202) 856-1121