## DECLARATION OF DAVID GUNN

Pursuant to 28 U.S.C. § 1746, I, David Gunn, hereby declare as follows:

1.      I am a Trial Attorney in the Civil Division, Enforcement and Affirmative Litigation Branch, within the United States Department of Justice.

2.      In late July 2025, the Department of Justice held an initial conference call with counsel for Rhode Island Hospital to discuss the administrative subpoena at issue. While I have no independent recollection of this video call, as I participated in numerous such calls during that time, it became the Department's practice to instruct those hospital subpoena recipients who inquired about potential anonymization of patient data in response to requests 11, 12, and 13 that the Government was open to accepting anonymized patient information under certain limited circumstances. In particular, the Department was open to the idea if (a) there was some method in place to identify anonymized patients across hospital records (so that we could identify and trace the continuum of care for particular patients); and (b) the hospital was willing to later unmask particular patients upon the good faith request of the Department. It is probable that the Department provided this information to Rhode Island Hospital, just as the Department provided it to others; however, I do not specifically recall. In subsequent conversations, to the best of my recollection, Rhode Island Hospital did not provide any plan to produce patient records whether anonymized or not.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of May, 2026.

David Gunn
DAVID GUNN

1

Trial Attorney
Civil Division
United States Department of Justice