| | |
|---|---|
| **From:** | Diaz, Alexa <Alexa.Diaz@stblaw.com> |
| **Sent:** | Tuesday, May 12, 2026 6:01 PM |
| **To:** | RID_ECF_INTAKE |
| **Cc:** | DiPiero, Joseph |
| **Subject:** | Transcript Order In re: Motion to Quash Administrative Subpoena to Rhode Island Hospital, Case No. 1:26-mc-00007-MSM-AEM |
| **Attachments:** | Transcript Order_26-mc-00007.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Good afternoon,

I hope this email finds you well. I would like to place a transcript order on behalf of attorney Joseph DiPiero, cc'd, for the hearing held on the Motion to Quash held on May 12, 2026, before Judge Mary S. McElroy in *Re: Motion to Quash Administrative Subpoena to Rhode Island Hospital*, Case No. 1:26-mc-00007-MSM-AEM.

Please find our Transcript Order form attached, please forward the form to the assigned court reporter at your earliest convenience.

Please feel free to reach out if you have any questions.

Respectfully submitted,
Alexa Diaz

_____

Alexa Diaz
Senior Law Clerk

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

T: +1-212-455-3918
alexa.diaz@stblaw.com

This email is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any retention or use of this email (including attachments) is strictly prohibited. If you have received this email in error, please delete it and notify us immediately. For information about how Simpson Thacher & Bartlett LLP collects and processes your personal information, please refer to our Privacy Notice available at https://www.stblaw.com/other/privacy-notice.

1