| | |
|---|---|
| **From:** | Shoop, Adam <Adam.Shoop@ag.ny.gov> |
| **Sent:** | Wednesday, May 13, 2026 5:16 PM |
| **To:** | RID_ECF_INTAKE |
| **Cc:** | Ridolfi-Starr, Zoe |
| **Subject:** | Transcript request, 1:26-mc-00007-MSM-AEM |
| **Attachments:** | ao435 26-mc-07 Shoop request.pdf |
| **Categories:** | Being Worked on CH |

==**CAUTION - EXTERNAL:**==

Good evening,

As discussed with the Clerk's Office earlier this afternoon, I would like to order an electronic copy of the transcript of the motion to quash hearing held  May 12, before Judge Mary S. McElroy, in the matter *In Re: Motion to Quash Administrative Subpoena to Rhode Island Hospital*, No. 1:26-mc-00007-MSM-AEM.

A copy of the completed transcript order request form is attached. Please do not hesitate to contact me by email or phone (below) with any questions.

Thank you,

**Adam Shoop (he/him)**
**Assistant Attorney General**
**Harlem Regional Office**
**Office of the New York Attorney General**
163 West 125th Street, Suite 1324
New York, New York 10027
Adam.Shoop@ag.ny.gov
(212) 364-6009 (office)
(917) 782-4920 (cell)

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==