UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Administrative Subpoena 25-1431-032 to Rhode Island Hospital | Misc. No. 1:26-mc-00007-MSM-AEM |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Respondent hereby appeals to the United States Court of Appeals for the First Circuit from this Court's Order entered at ECF No. 44.

Date: May 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

 */s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General

LISA K. HSIAO
Acting Director
Enforcement and Affirmative Litigation Branch

ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

1

United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530
202-890-9874
brantley.t.mayers@usdoj.gov