# U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:26−mc−00007−MSM−AEM

| | |
|---|---|
| In Re: Motion to Quash Administrative Subpoena to Rhode Island Hospital | Date Filed: 05/04/2026 |
| | Date Terminated: 05/13/2026 |

Assigned to: District Judge Mary S. McElroy
Referred to: Magistrate Judge Amy E. Moses
Case in other court:  First Circuit Court of Appeals, 26−01568
(requires PACER login)
Cause: no cause specified

**Petitioner**

| | | |
|---|---|---|
| **Child Advocate for the State of Rhode Island** | represented by | **Amy Retsinas Romero** DeLuca, Weizenbaum, Barry & Revens, Ltd. 199 North Main Street Providence, RI 02903 401−453−1500 Fax: 401−453−1501 Email: amy@dwbrlaw.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Kevin Love Hubbard** DeLuca, Weizenbaum, Barry & Revens, Ltd. 199 North Main Street Providence, RI 02903 401−453−1500 Fax: 401−453−1501 Email: kevin@dwbrlaw.com *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Lynette J. Labinger** Lynette Labinger, Attorney at Law 128 Dorrance Street, Box 710 Providence, RI 02903 401−465−9565 Email: LL@labingerlaw.com *ATTORNEY TO BE NOTICED* |
| | | **Miriam Weizenbaum** DeLuca, Weizenbaum, Barry & Revens, Ltd. 199 North Main Street Providence, RI 02903 401−453−1500 |

Fax: 401−453−1501
Email: miriam@dwbrlaw.com
*ATTORNEY TO BE NOTICED*


V.

**Respondent**

| | | |
|---|---|---|
| **United States of America** | represented by | **Kevin Bolan** |

**Kevin Bolan**
DOJ−USAO
U.S. Attorney's Office for the District of
Rhode Island
One Financial Plaza
Ste 17th Floor
Providence, RI 02903
401−709−5000
Email: kevin.bolan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Goldstein**
U.S. Department of Justice
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044
202−353−4218
Email: ross.goldstein@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brantley Mayers**
DOJ−Civ
950 Pennsylvania Avenue NW
Washington, DC 20530
202−890−9874
Email: brantley.t.mayers@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jordan Campbell**
DOJ−Civ
950 Pennsylvania Ave NW
Room 3611
Washington DC, DC 20530
202−856−1121
Email: jordan.c.campbell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Patrick Runkle**
DOJ−Civ
Ealb
PO Box 386

Washington, DC 20044−0386
202−532−4723
Email: patrick.r.runkle@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **State of Rhode Island** | represented by | **Julia Harvey** |

RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401−274−4400
Email: jharvey@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn T. Gradowski**
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
401−274−4400
Email: kgradowski@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Rice**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401−274−4400
Email: srice@riag.ri.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **National Center for Youth Law** | represented by | **Gil Alan Bianchi , Jr.** |

Bianchi Brouillard Sousa & O'Connell,
P.C.
56 Pine Street, Suite 250
Providence, RI 02903
401−223−2990
Fax: 877−548−4539
Email: gbianchi@bbsolaw.com
*ATTORNEY TO BE NOTICED*

**Nicole Smith**
Bianchi Brouillard Sousa & O'Connell PC
56 Pine Street
Ste 250
Providence, RI 02903
401−223−2990
Email: nsmith@bbsolaw.com

*ATTORNEY TO BE NOTICED*

**Nina Monfredo**
National Center for Youth Law
818 Connecticut Ave, NW, Suite 425
Washington, DC 200006
202−868−4781
Email: monfredo@youthlaw.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **LAMBDA Legal Defense and Education Fund, Inc.** | represented by | **A.D. Sean Lewis** |

**A.D. Sean Lewis**
Lambda Legal Defense and Education
Fundtional Fund, INc.
800 S. Figueroa St
Suite 1260
Los Angeles, CA 90017
213−382−7600
Email: alewis@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen Loewy**
Lambda Legal Defense & Education Fund,
Inc.
815 16th Street NW, Suite 4140
Washington, DC 20006
202−804−6245
Email: kloewy@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Omar Gonzalez−Pagan**
Lambda Legal Defense and Education
Fund, Inc.
120 Wall Street, Floor 19
New York, NY 10005
212−809−8585
Email: ogonzalez−pagan@lambdalegal.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sonja L. Deyoe**
Law Offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
401 864−5877
Fax: 401 354−7464
Email: sld@the−straight−shooter.com
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **National Center for LGBTQ Rights** | represented by | **Gil Alan Bianchi , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Nina Monfredo**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Commonwealth of Massachusetts** | represented by | **Adam M Cambier**<br>Mass. Atty General's Office<br>One Ashburton Place<br>Boston, Ma 02108<br>617−963−2278<br>Email: adam.cambier@mass.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Allyson Slater**<br>Massachusetts Attorney General's Office<br>One Ashburton Place<br>Boston, Ma 02108<br>617−963−2811<br>Email: allyson.slater@mass.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jak Kundl**<br>Massachusetts Office of the Atty General<br>One Ashburton Place<br>Boston, Ma 02108<br>617−963−2942<br>Email: jak.kundl@mass.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Morgan Carmen**<br>Mass Attorney General<br>One Ashburton Place<br>Boston, Ma 02114<br>617−963−2334<br>Email: morgan.carmen@mass.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**State of Arizona**

**Amicus**

State of California

**Amicus**

State of Colorado

**Amicus**

State of Connecticut

**Amicus**

State of Delaware

**Amicus**

District of Columbia

**Amicus**

State of Illinois

**Amicus**

State of Maine

**Amicus**

State of Maryland

**Amicus**

State of Michigan

**Amicus**

State of Minnesota

**Amicus**

State of Nevada

**Amicus**

State of New Jersey

**Amicus**

State of New Mexico

**Amicus**

State of New York

**Amicus**

State of Oregon

**Amicus**

**State of Vermont**

**Amicus**

**State of Washington**

**Amicus**

**State of Wisconsin**


V.

**Intervenor**

| | | |
|---|---|---|
| **Rhode Island Hospital** | represented by | **Eric G. Olshan**<br>McGuireWoords LLP<br>260 Forbes Ave<br>Suite 1800<br>Pittsburgh, PA 15222−3142<br>412−667−7941<br>Email: eolshan@mcguirewoods.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathryn G. Barber**<br>McGuireWoods LLP<br>800 East Canal St<br>Richmond, VA 23219−3916<br>412−667−7941<br>Email: KBarber@mcguirewoods.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stacey P. Nakasian**<br>Duffy & Sweeney, LTD.<br>321 South Main Street<br>4th Floor<br>Providence, RI 02903<br>401−455−0700<br>Fax: 401−455−0701<br>Email: stacey.nakasian@stevenslee.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2026 | 1 | Emergency MOTION to Quash − New Case ( filing fee paid $ 52.00, receipt number ARIDC−2273580 ), filed by Child Advocate for the State of Rhode Island. **Responses due by 5/18/2026.** (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Weizenbaum, Miriam) (Entered: 05/04/2026) |
| 05/04/2026 | | |

| | | Case assigned to District Judge Mary S. McElroy and Magistrate Judge Amy E. Moses. (Simoncelli, Michael) (Entered: 05/04/2026) |
|---|---|---|
| 05/04/2026 | 2 | MOTION for Kevin Love Hubbard to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2273657 ) filed by Child Advocate for the State of Rhode Island. (Weizenbaum, Miriam) (Entered: 05/04/2026) |
| 05/04/2026 | | TEXT ORDER granting 2 Motion to Appear Pro Hac Vice of Kevin Love Hubbard. So Ordered by District Judge Mary S. McElroy on 5/4/2026. (Hill, Cherelle) (Entered: 05/04/2026) |
| 05/04/2026 | 3 | NOTICE of Appearance by Lynette J. Labinger on behalf of Child Advocate for the State of Rhode Island (Labinger, Lynette) (Entered: 05/04/2026) |
| 05/04/2026 | | TEXT ORDER: The Government shall respond to 1 Emergency MOTION to Quash on or before 5/7/2026 by 2:00 pm. So Ordered by District Judge Mary S. McElroy on 5/4/2026. (Potter, Carrie) (Entered: 05/04/2026) |
| 05/04/2026 | 4 | NOTICE of Appearance by Amy Retsinas Romero on behalf of Child Advocate for the State of Rhode Island (Romero, Amy) (Entered: 05/04/2026) |
| 05/04/2026 | | NOTICE of Hearing on Motion 1 Emergency MOTION to Quash : Motion Hearing set for 5/12/2026 at 02:30 PM via Zoom before District Judge Mary S. McElroy. Zoom information to be emailed to counsel of record. The public is invited to view the hearing via the Court's YouTube channel. More information will be available on the Court's website www.rid.uscourts.gov. (Potter, Carrie) (Entered: 05/04/2026) |
| 05/04/2026 | 5 | NOTICE by Child Advocate for the State of Rhode Island *of Related Proceedings* (Hubbard, Kevin) (Entered: 05/04/2026) |
| 05/05/2026 | 6 | NOTICE of Appearance by Ross S. Goldstein on behalf of United States of America (Goldstein, Ross) (Entered: 05/05/2026) |
| 05/07/2026 | 7 | NOTICE of Appearance by Patrick Runkle on behalf of United States of America (Runkle, Patrick) (Entered: 05/07/2026) |
| 05/07/2026 | 8 | MOTION to Stay *or Transfer Venue* filed by United States of America. **Responses due by 5/21/2026.** (Runkle, Patrick) (Entered: 05/07/2026) |
| 05/07/2026 | 9 | RESPONSE In Opposition to 1 Emergency MOTION to Quash − New Case ( filing fee paid $ 52.00, receipt number ARIDC−2273580 ) filed by United States of America. **Replies due by 5/14/2026.** (Attachments: # 1 Exhibit RIH Notice of Privacy Practices)(Goldstein, Ross) (Entered: 05/07/2026) |
| 05/07/2026 | | TEXT ORDER. The Government's Motion to Stay or Transfer Venue (ECF No. 8) is DENIED. When deciding whether to apply the first−to−file rule, courts must consider: "(1) which action was filed first; (2) the similarity of the parties; and (3) the similarity of the issues." *Waithaka v. Amazon.com, Inc.*, 404 F. Supp. 3d 335, 350 (D. Mass. 2019), *aff'd*, 966 F.3d 10 (1st Cir. 2020). While the Texas enforcement action was filed first, the remaining factors are not satisfied. The parties are not similar: the Child Advocate was not a party to the Texas proceeding, had no notice of those proceedings, and had no opportunity to be heard there. Rhode Island Hospital, the only party before the Texas court, is not a party here. The issues are not similar: the Texas court adjudicated the enforceability of the subpoena as between the government and Rhode Island Hospital; this Court is asked to adjudicate the independent constitutional privacy rights of minor patients who were never before any court. Those claims were neither |

| | | raised nor considered in Texas and could not have been, as the affected parties were absent. The first−to−file rule does not apply. So Ordered by District Judge Mary S. McElroy on 5/7/2026. (Potter, Carrie) (Entered: 05/07/2026) |
|---|---|---|
| 05/07/2026 | | NOTICE of Hearing on Motion 1 Emergency MOTION to Quash. Motion Hearing reset for 5/12/2026 at 02:00 PM in Courtroom 2 before District Judge Mary S. McElroy. **PLEASE NOTE THIS HEARING WILL NOW TAKE PLACE IN PERSON**. The public may view the hearing via the Court's YouTube channel. Please visit rid.uscourts.gov for additional information. (Potter, Carrie) (Entered: 05/07/2026) |
| 05/08/2026 | 10 | Consent MOTION for Leave to File Amicus Brief *of Rhode Island, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Vermont, Washington, and Wisconsin* filed by State of Rhode Island. **Responses due by 5/22/2026.** (Attachments: # 1 Proposed States' Amicus Brief)(Rice, Sarah) (Entered: 05/08/2026) |
| 05/08/2026 | 11 | MOTION for Nina Monfredo to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2276886 ) filed by National Center for Youth Law. (Smith, Nicole) (Entered: 05/08/2026) |
| 05/08/2026 | 12 | REPLY to Response re 9 Response to Motion, filed by Child Advocate for the State of Rhode Island. (Attachments: # 1 Exhibit 1)(Hubbard, Kevin) (Entered: 05/08/2026) |
| 05/09/2026 | 13 | Amicus Curiae APPEARANCE entered by Sonja L. Deyoe on behalf of LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 14 | MOTION Leave to file Amicus − unopposed filed by LAMBDA Legal Defense and Education Fund, Inc.. **Responses due by 5/26/2026.** (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 15 | AMICUS BRIEF by LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/09/2026) |
| 05/09/2026 | 16 | NOTICE of Appearance by Stacey P. Nakasian on behalf of Rhode Island Hospital (Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 17 | MOTION to Intervene filed by Rhode Island Hospital. **Responses due by 5/26/2026.** (Attachments: # 1 Exhibit 1)(Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 18 | MOTION for Eric G. Olshan to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2277072 ) filed by Rhode Island Hospital. (Nakasian, Stacey) (Entered: 05/09/2026) |
| 05/09/2026 | 19 | MOTION for Kathryn M. Barber to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2277073 ) filed by Rhode Island Hospital. (Nakasian, Stacey) (Entered: 05/10/2026) |
| 05/10/2026 | 20 | MOTION to Intervene *(Corrected Filing to add exhibits)* filed by Rhode Island Hospital. **Responses due by 5/26/2026.** (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Nakasian, Stacey) (Entered: 05/10/2026) |
| 05/10/2026 | 21 | MOTION for A.D. Sean Lewis to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2277083 ) filed by LAMBDA Legal Defense and Education |

| | | |
|---|---|---|
| | | Fund, Inc.. (Deyoe, Sonja) (Entered: 05/10/2026) |
| 05/10/2026 | 22 | MOTION for Omar Gonzalez−Pagan to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2277089 ) filed by LAMBDA Legal Defense and Education Fund, Inc.. (Deyoe, Sonja) (Entered: 05/10/2026) |
| 05/11/2026 | 23 | MOTION for Karen Loewy to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2277289 ) filed by LAMBDA Legal Defense and Education Fund, Inc.. (Attachments: # 1 Exhibit A)(Deyoe, Sonja) (Entered: 05/11/2026) |
| 05/11/2026 | 24 | MOTION for Leave to File Amicus Brief filed by National Center for Youth Law. **Responses due by 5/26/2026.** (Attachments: # 1 Supporting Memorandum)(Bianchi, Gil) (Entered: 05/11/2026) |
| 05/11/2026 | 25 | NOTICE of Appearance by Gil Alan Bianchi, Jr on behalf of National Center for Youth Law (Bianchi, Gil) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 10 Motion for Leave to File Amicus Brief. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 26 | AMICUS BRIEF by State of RHODE ISLAND, MASSACHUSETTS, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, OREGON, VERMONT, WASHINGTON, AND WISCONSIN (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 14 MOTION Leave to file Amicus − unopposed . So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 17 Motion to Intervene; granting 20 Motion to Intervene. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 27 | NOTICE of Appearance by Brantley Mayers on behalf of United States of America (Mayers, Brantley) (Entered: 05/11/2026) |
| 05/11/2026 | 28 | Emergency MOTION to Quash *Subpoena Duces Tecum* filed by Rhode Island Hospital. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit)(Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 24 Motion for Leave to File Amicus Brief. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 29 | AMICUS BRIEF by National Center for LGBTQ Rights and National Center for Youth Law. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 11 Motion to Appear Pro Hac Vice of Nina Monfredo. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 18 Motion to Appear Pro Hac Vice of Eric G. Olshan. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | |

| | | |
|---|---|---|
| | | TEXT ORDER granting 19 Motion to Appear Pro Hac Vice of Kathryn M. Barber. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 21 Motion to Appear Pro Hac Vice of A.D. Sean Lewis. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 22 Motion to Appear Pro Hac Vice of Omar Gonzalez−Pagan. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER granting 23 Motion to Appear Pro Hac Vice of Karen Loewy. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | | TEXT ORDER. The Respondent is directed to provide to this Court the Hsiao Declaration and all other information provided to the Court in the Northern District of Texas to support its choice to enforce the subpoena in that Court. The information may be provided ex parte due to the sensitive nature of the information and must be provided by 5:00 p.m. today. The documents are to be produced by sending an email to carrie_potter@rid.uscourts.gov. So Ordered by District Judge Mary S. McElroy on 5/11/2026. (Potter, Carrie) (Entered: 05/11/2026) |
| 05/11/2026 | 30 | NOTICE by United States of America *of Supplemental Authority* (Attachments: # 1 Exhibit Opinion and Order)(Goldstein, Ross) (Entered: 05/11/2026) |
| 05/11/2026 | 31 | NOTICE of Appearance by Jordan Campbell on behalf of United States of America (Campbell, Jordan) (Entered: 05/11/2026) |
| 05/12/2026 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: In Chambers Conference held on 5/12/2026 re: In Camera Documents. J. Campbell, B. Mayers and L. Zurier in attendance. (Historic Library at 1:40 pm.) (Potter, Carrie) (Entered: 05/12/2026) |
| 05/12/2026 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: Motion Hearing held on 5/12/2026 : K. Love Hubbard, A. Romero, L. Labinger, B. Mayers, J. Campbell, E. Olshan and S. Nakasian. Arguments heard from Child Advocate of RI (Love Hubbard), Rhode Island Hospital (Olshan) and USA (B. Mayers). Court questions; counsel responds. Oral Motion to Renew Transfer of Venue. Denied for reasons previously stated. DOJ to provide copy of sealed affidavit to opposing counsel with redactions, Affidavit of Mr. Gunn and notice about when the grand jury was convened in the Northern District of Texas by 9:00 am on 5/13/2026. Order to issue. (Court Reporter D. Veitch in Courtroom 1 at 2:00 pm.) (Potter, Carrie) (Entered: 05/12/2026) |
| 05/13/2026 | 32 | NOTICE by United States of America (Attachments: # 1 Gunn Declaration)(Mayers, Brantley) (Entered: 05/13/2026) |
| 05/13/2026 | 33 | TRANSCRIPT ORDER for proceedings held on 5/12/2026 before Judge Mary S. McElroy. Realtime Transcript selected. (Attachments: # 1 Email) (Gonzalez Gomez, Viviana) (Entered: 05/13/2026) |
| 05/13/2026 | 34 | TRANSCRIPT ORDER for proceedings held on 5/12/2026 before Judge McEloy. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Nakasian, Stacey) |

| | | |
|---|---|---|
| | | (Entered: 05/13/2026) |
| 05/13/2026 | 35 | TRANSCRIPT ORDER for proceedings held on 5/12/2026 before Judge McElroy. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Mayers, Brantley) (Entered: 05/13/2026) |
| 05/13/2026 | 36 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 34 Transcript Order, 33 Transcript Order, 35 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Denise Veitch. (Dias, Jennifer) (Entered: 05/13/2026) |
| 05/13/2026 | 37 | TRANSCRIPT ORDER for proceedings held on 05/12/2026 before Judge Mary S. McElroy. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Weizenbaum, Miriam) (Entered: 05/13/2026) |
| 05/13/2026 | 38 | MEMORANDUM AND ORDER : The Court's decision is based solely on its application of the law to the administrative subpoena at issue here. But the discrepancy between the honorable conduct expected of federal prosecutors and DOJs tactics in this case is unsettling. The Court cannot help but share the sentiment that "[t]he presumption of regularity that has previously been extended to [DOJ] that it could be taken at its wordwith little doubt about its intentions and stated purposesno longer holds." *United States v. Oregon*, No. 6:25−CV−01666−MTK, 2026 WL 318402, at *11 (D. Or. Feb. 5, 2026). It is regrettable that this is now the case.<br><br>The Emergency Motions to Quash (ECF Nos. 1 & 28 ) are GRANTED. In granting these Motions, this Court quashes the administrative subpoenathe instrument issued by the DOJnot the enforcement order entered by the Texas court. What this Court holds is that the subpoena itself lacks a congressionally authorized purpose, was issued for an improper purpose, and demands the production of records that cannot be obtained consistent with the constitutional privacy rights of Rhode Island children. Those are independent grounds for quashal of the subpoena that this Court has authority to adjudicate.<br><br>In addition, the DOJ is hereby ENJOINED from receiving, using, retaining, or disseminating any patient−identifying information or protected health information produced by RIH in response to Administrative Subpoena No. 25−1431−032, including all materials responsive to Requests 11 through 15 and any other materials that identify, or reasonably permit the identification of, Rhode Island's children. So Ordered by District Judge Mary S. McElroy on 5/13/2026. (CP) (Entered: 05/13/2026) |
| 05/13/2026 | 39 | JUDGMENT enters in accordance with the Memo and Order of 5/13/2026. So Ordered by District Judge Mary S. McElroy on 5/13/2026. CP) (Entered: 05/13/2026) |
| 05/14/2026 | 40 | TRANSCRIPT ORDER for proceedings held on 05/12/2026 − 05/12/2026 before Judge Mary S. McElroy. Daily Transcript selected. Transcript to be delivered following adjournment and prior to the normal opening hour of court on the following morning.. (Attachments: # 1 Email)(Hill, Cherelle) (Entered: 05/14/2026) |
| 05/14/2026 | 41 | Emergency MOTION to Clarify 38 Memorandum and Order,,,,,, filed by Rhode Island Hospital. **Responses due by 5/28/2026.** (Nakasian, Stacey) (Entered: 05/14/2026) |
| 05/14/2026 | 42 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 37 Transcript Order, 40 Transcript Order,. Daily Transcript Ordered. Court Reporter/Transcriber: Denise Veitch. (Dias, Jennifer) (Entered: 05/14/2026) |

| | | |
|---|---|---|
| 05/14/2026 | 43 | NOTICE OF APPEAL by United States of America as to 38 Memorandum and Order, 39 Judgment (No fee paid, USA, Waived by Statute, or IFP.)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 5/21/2026. (Mayers, Brantley) (Entered: 05/14/2026) |
| 05/14/2026 | | TEXT ORDER: Rhode Island Hospital's Emergency Motion to Clarify (ECF No. 41 ) is GRANTED IN PART. The Court issues an amended memorandum and order under a separate docket entry. So Ordered by District Judge Mary S. McElroy on 5/14/2026. (Potter, Carrie) (Entered: 05/14/2026) |
| 05/14/2026 | 44 | MEMORANDUM AND ORDER : Ultimately, the Court's decision is based solely on its application of the law to the administrative subpoena at issue here. But the discrepancy between the honorable conduct expected of federal prosecutors and DOJ's tactics in this case is unsettling. The Court cannot help but share the sentiment that "[t]he presumption of regularity that has previously been extended to [DOJ] that it could be taken at its wordwith little doubt about its intentions and stated purposesno longer holds." *United States v. Oregon*, No. 6:25−CV−01666−MTK, 2026 WL 318402, at *11 (D. Or. Feb. 5, 2026). It is regrettable that this is now the case.<br><br>The Emergency Motions to Quash (ECF Nos. 1 & 28 ) are GRANTED. In granting these Motions, this Court quashes the administrative subpoenathe instrument issued by DOJnot the enforcement order entered by the Texas court. What this Court holds is that the subpoena itself lacks a congressionally authorized purpose, was issued for an improper purpose, and demands the production of records that cannot be obtained consistent with the constitutional privacy rights of Rhode Island children. Those are independent grounds for quashal of the subpoena that this Court has authority to adjudicate.<br><br>In addition, DOJ is hereby ENJOINED from seeking, receiving, using, retaining, or disseminating any patient−identifying information or protected health information produced by RIH in response to Administrative Subpoena No. 25−1431−032, including but not limited to all materials responsive to Requests 11 through 15 and any other materials that identify, or reasonably permit the identification of, Rhode Islands children. So Ordered by District Judge Mary S. McElroy on 5/14/2026. (Potter, Carrie) (Entered: 05/14/2026) |
| 05/14/2026 | 45 | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b) re: 43 Notice of Appeal. Documents Sent: 38, 39. (Attachments: # 1 Record on Appeal) (Gonzalez Gomez, Viviana) (Entered: 05/14/2026) |
| 05/14/2026 | | USCA Case Number 26−1568 for 43 Notice of Appeal, filed by United States of America. (Gonzalez Gomez, Viviana) (Entered: 05/14/2026) |
| 05/14/2026 | 46 | NOTICE OF APPEAL by United States of America as to 44 Memorandum and Order,,,,,,,, (No fee paid, USA, Waived by Statute, or IFP.) |

| | | |
|---|---|---|
| | | **NOTICE TO COUNSEL:** Counsel should register for a First Circuit CM/ECF Appellate Filer Account at **http://pacer.psc.uscourts.gov/cmecf/**. Counsel should also review the First Circuit requirements for electronic filing by visiting the **CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 5/21/2026. (Mayers, Brantley) (Entered: 05/14/2026) |
| 05/15/2026 | 47 | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and a certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). 46 Notice of Appeal,,. (Attachments: # 1 Record on Appeal)(Hill, Cherelle) (Entered: 05/15/2026) |
| 05/19/2026 | 48 | MOTION for Adam M. Cambier to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2281529 ) filed by State of Rhode Island. (Harvey, Julia) (Entered: 05/19/2026) |
| 05/19/2026 | 49 | MOTION for Morgan Carmen to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2281554 ) filed by State of Rhode Island. (Harvey, Julia) (Entered: 05/19/2026) |
| 05/19/2026 | 50 | MOTION for Jak Kundl to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2281556 ) filed by State of Rhode Island. (Harvey, Julia) (Entered: 05/19/2026) |
| 05/19/2026 | 51 | MOTION for Allyson Slater to Appear Pro Hac Vice ( filing fee paid $ 100.00, receipt number ARIDC−2281557 ) filed by State of Rhode Island. (Harvey, Julia) (Entered: 05/19/2026) |
| 05/19/2026 | | TEXT ORDER granting 48 Motion to Appear Pro Hac Vice of Adam M Cambier ; granting 49 Motion to Appear Pro Hac Vice of Morgan Carmen, ; granting 50 Motion to Appear Pro Hac Vice of Jak Kundl ; granting 51 Motion to Appear Pro Hac Vice of Allyson Slater. So Ordered by District Judge Mary S. McElroy on 5/19/2026. (Potter, Carrie) (Entered: 05/19/2026) |

MIME-Version:1.0
From:cmecf@rid.uscourts.gov
To:cmecfnef@rid.uscourts.gov
Bcc:
--Case Participants: Kathryn G. Barber (kbarber@mcguirewoods.com), Gil Alan Bianchi, Jr
(gbianchi@bbsolaw.com, jmorse@bbrilaw.com), Kevin Bolan (ashleigh.beauregard@usdoj.gov,
caseview.ecf@usdoj.gov, kevin.bolan@usdoj.gov, maria.moran-smith@usdoj.gov,
usari-ecf@usdoj.gov, usari.civil-docket@usdoj.gov), Adam M Cambier
(adam.cambier@mass.gov), Jordan Campbell (jordan.c.campbell@usdoj.gov), Morgan Carmen
(morgan.carmen@mass.gov), Sonja L. Deyoe (6766885420@filings.docketbird.com,
jl@the-straight-shooter.com, sld@the-straight-shooter.com), Ross S. Goldstein
(ross.goldstein@usdoj.gov), Omar Gonzalez-Pagan (ogonzalez-pagan@lambdalegal.org), Kathryn
T. Gradowski (kgradowski@riag.ri.gov, mgomes@riag.ri.gov), Julia Harvey
(jharvey@riag.ri.gov, mspooner@riag.ri.gov), Kevin Love Hubbard (amy@dwbrlaw.com,
ashleigh.beauregard@usdoj.gov, caseview.ecf@usdoj.gov, kevin@dwbrlaw.com,
maria.moran-smith@usdoj.gov, usari-ecf@usdoj.gov, usari.civil-docket@usdoj.gov), Jak Kundl
(jak.kundl@mass.gov), Lynette J. Labinger (brownaclu@aol.com, ll@labingerlaw.com), A.D.
Sean Lewis (alewis@lambdalegal.org), Karen Loewy (kloewy@lambdalegal.org), Brantley Mayers
(brantley.t.mayers@usdoj.gov), Nina Monfredo (monfredo@youthlaw.org), Stacey P. Nakasian
(mpotts@duffysweeney.com, sferrario@duffysweeney.com, stacey.nakasian@stevenslee.com,
susan.defusco@stevenslee.com), Eric G. Olshan (eolshan@mcguirewoods.com), Sarah Rice
(mbedell@riag.ri.gov, srice@riag.ri.gov), Amy Retsinas Romero (amy@dwbrlaw.com,
kevin@dwbrlaw.com, miriam@dwbrlaw.com), Patrick Runkle (patrick.r.runkle@usdoj.gov),
Allyson Slater (allyson.slater@mass.gov), Nicole Smith (nsmith@bbsolaw.com), Miriam
Weizenbaum (amy@dwbrlaw.com, miriam@dwbrlaw.com), National Center for Youth Law
(gbianchi@bbsolaw.com), District Judge Mary S. McElroy (barbara_hurst@rid.uscourts.gov,
judge_mcelroy@rid.uscourts.gov, kevin_rolando@rid.uscourts.gov, msmnef@rid.uscourts.gov),
Magistrate Judge Amy E. Moses (mag_judge_moses@rid.uscourts.gov,
meg_ziegler@rid.uscourts.gov, rid_aem_nef@rid.uscourts.gov,
stefanie_fischer@rid.uscourts.gov)
--Non Case Participants: Devan Cole (devan.cole@cnn.com), Josh Gerstein
(jagalerts@yahoo.com), Stephanie Machado (steph.machado@globe.com), Kathleen Mulvaney
(kmulvane@providencejournal.com), Nathaniel B. Raymond (nate.raymond@thomsonreuters.com),
Zoe Tillman (ztillman2@bloomberg.net), Jane Willoughby (jane_willoughby@ca1.uscourts.gov)
--No Notice Sent:

Message-Id:2188134@rid.uscourts.gov
Subject:Activity in Case 1:26-mc-00007-MSM-AEM In Re: Motion to Quash Administrative
Subpoena to Rhode Island Hospital Order on Motion to Appear Pro Hac Vice
Content−Type: text/html

## U.S. District Court

### District of Rhode Island

## Notice of Electronic Filing

The following transaction was entered on 5/19/2026 at 4:01 PM EDT and filed on 5/19/2026

| | |
|---|---|
| **Case Name:** | In Re: Motion to Quash Administrative Subpoena to Rhode Island Hospital |
| **Case Number:** | 1:26−mc−00007−MSM−AEM |
| **Filer:** | Commonwealth of Massachusetts |

**WARNING: CASE CLOSED on 05/13/2026**

**Document Number:** No document attached

**Docket Text:**
 **TEXT ORDER granting [48] Motion to Appear Pro Hac Vice of Adam M Cambier ; granting
[49] Motion to Appear Pro Hac Vice of Morgan Carmen, ; granting [50] Motion to Appear Pro**

**Hac Vice of Jak Kundl ; granting [51] Motion to Appear Pro Hac Vice of Allyson Slater. So Ordered by District Judge Mary S. McElroy on 5/19/2026. (Potter, Carrie)**

**1:26−mc−00007−MSM−AEM Notice has been electronically mailed to:**

A.D. Sean Lewis &nbsp &nbsp alewis@lambdalegal.org

Adam M Cambier &nbsp &nbsp adam.cambier@mass.gov

Allyson Slater &nbsp &nbsp allyson.slater@mass.gov

Amy Retsinas Romero &nbsp &nbsp amy@dwbrlaw.com, kevin@dwbrlaw.com, miriam@dwbrlaw.com

Brantley Mayers &nbsp &nbsp brantley.t.mayers@usdoj.gov

Eric G. Olshan &nbsp &nbsp eolshan@mcguirewoods.com

Gil Alan Bianchi , Jr &nbsp &nbsp gbianchi@bbsolaw.com, jmorse@bbrilaw.com

Jak Kundl &nbsp &nbsp jak.kundl@mass.gov

Jordan Campbell &nbsp &nbsp jordan.c.campbell@usdoj.gov

Julia Harvey &nbsp &nbsp jharvey@riag.ri.gov, mspooner@riag.ri.gov

Karen Loewy &nbsp &nbsp kloewy@lambdalegal.org

Kathryn G. Barber &nbsp &nbsp KBarber@mcguirewoods.com

Kathryn T. Gradowski &nbsp &nbsp kgradowski@riag.ri.gov, mgomes@riag.ri.gov

Kevin Bolan &nbsp &nbsp kevin.bolan@usdoj.gov, ashleigh.beauregard@usdoj.gov, CaseView.ECF@usdoj.gov, maria.moran−smith@usdoj.gov, usari−ecf@usdoj.gov, USARI.Civil−Docket@usdoj.gov

Kevin Love Hubbard &nbsp &nbsp kevin@dwbrlaw.com, amy@dwbrlaw.com

Lynette J. Labinger &nbsp &nbsp LL@labingerlaw.com, brownaclu@aol.com

Miriam Weizenbaum &nbsp &nbsp miriam@dwbrlaw.com, amy@dwbrlaw.com

Morgan Carmen &nbsp &nbsp morgan.carmen@mass.gov

Nicole Smith &nbsp &nbsp nsmith@bbsolaw.com

Nina Monfredo &nbsp &nbsp monfredo@youthlaw.org

Omar Gonzalez−Pagan &nbsp &nbsp ogonzalez−pagan@lambdalegal.org

Patrick Runkle &nbsp &nbsp patrick.r.runkle@usdoj.gov

Ross S. Goldstein &nbsp &nbsp ross.goldstein@usdoj.gov

Sarah Rice &nbsp &nbsp srice@riag.ri.gov, mbedell@riag.ri.gov

Sonja L. Deyoe &nbsp &nbsp sld@the−straight−shooter.com, 6766885420@filings.docketbird.com, jl@the−straight−shooter.com

Stacey P. Nakasian &nbsp &nbsp stacey.nakasian@stevenslee.com, mpotts@duffysweeney.com, sferrario@duffysweeney.com, susan.defusco@stevenslee.com

**1:26−mc−00007−MSM−AEM Notice has been delivered by other means to:**